# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: EMERSON ELECTRIC CO. ) <br> WET/DRY VAC MARKETING     ) <br> AND SALES LITIGATION,         ) <br>                                              ) <br>                                              ) <br>                                              ) <br>                                              ) <br>                                              ) | CASE NO: 4:12MD2382 HEA |

## JUDGMENT

In accordance with the Opinions entered on February 28, 2023, March 1, 2023, March 2, 2023, and this dated,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and against Plaintiffs.

Dated this 3rd day of March 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE